**Experience and Qualifications of Borrelli & Associates, PLLC Attorneys**

1.  Michael J. Borrelli is the founding and managing member of Borrelli & Associates, P.L.L.C. ("B&A"). As a member of the bar of the State of New York, he has practiced law for over twenty-one years with a primary focus on the litigation of employment law cases. He is also admitted to practice before the United States Court of Appeals for the Second Circuit, as well as the United States District Courts for the Eastern, Southern, and Northern Districts of New York. Prior to founding B&A in 2006, Mr. Borrelli practiced law as an associate at: Davis & Hersh in Hauppauge, New York; Guercio & Guercio in Farmingdale, New York; and as General Labor Counsel for Flushing Manor Geriatric, Inc., three nursing home facilities employing approximately 1,000 workers in New York. Mr. Borrelli received an undergraduate degree in communications from Hofstra University in 1997 and a Juris Doctor from St. John's University School of Law in 2001. Mr. Borrelli's requested hourly rate in this matter is $500.00, which represents a discount of the hourly rate charged to paying clients and has been routinely approved by New York federal courts.

2.  Alexander T. Coleman is a partner at B&A who has practiced at the Firm since January 2010, and has been a partner since December 2015. He is admitted to practice law and has been a member of the Bar of the State of New York since 2010 and the Commonwealth of Virginia since 2008, as well as the United States Court of Appeals for the Second Circuit and the United States District Courts for the Southern and Eastern Districts of New York. Mr. Coleman graduated *summa cum laude*, from American University, Washington College of Law in 2008, where he graduated 7th overall in his class of 402 students. After graduation, Mr. Coleman completed a one-year clerkship as the Law Clerk to the Honorable Jane Marum Roush of the Fairfax County Circuit Court in Fairfax, Virginia, the trial court of general jurisdiction in Virginia. After completing his clerkship in August 2009, he returned home to New York and began working at B&A in January 2010. Since that time, Mr. Coleman has appeared extensively in the federal and state courts to which he is admitted (other than the Virginia state courts, where his bar membership is currently "inactive"), with the vast majority of his experience in the field of labor and employment law. Mr. Coleman's hourly rate requested in this matter is $350.00, which represents a discount of the hourly rate charged to paying clients and has been routinely approved by New York federal courts. *E.g. Caltenco v. G.H. Food Inc.*, 2021 WL 4481205 (E.D.N.Y. Sept. 30, 2021), *reconsideration denied*, 2022 WL 4539673 (E.D.N.Y. Sept. 28, 2022).

3.  Clela A. Errington is a senior associate at B&A. Prior to joining Borrelli & Associates, P.L.L.C., Clela Errington was an associate at a boutique New York City Employment firm focusing on fighting for the rights of low wage workers, and prior to that at a small firm which focused on debtor's rights. Prior to that she worked in litigation support at multiple white shoe Manhattan law firms, providing assistance with litigation areas as diverse as securities litigation and international intellectual property. Ms. Errington is a 2012 graduate of New York University School of Law and has been admitted to practice in the State of New York, the Southern

District of New York, and the Eastern District of New York since 2013. Ms. Errington's requested hourly rate in this matter is $275.00, which is below rates at which she has been previously approved. *E.g. Hernandez v. 99 Thai Playground LLC,* 2022 WL 18539303 (S.D.N.Y. Nov. 28, 2022), *report and recommendation adopted,* 2023 WL 1400626 (S.D.N.Y. Jan. 31, 2023).

      4.      Danielle Petretta, Esq. was a senior associate attorney at B&A from on or about March 2021 until December 2022. Prior to joining B&A, Ms. Petretta worked at an insurance defense firm where she represented insureds in personal injury matters spanning from automobile accidents, premise liability, and no-fault litigation. Prior to working in the civil arena, Ms. Petretta worked as an Assistant District Attorney with the Kings County District Attorney's Office, where she handled hundreds of criminal cases, both at the Criminal and Supreme Court levels, from their arraignments to trials and post-convictions. Ms. Petretta graduated *magna cum laude* from Elizabeth Huab University School of Law (Pace Law School), and has been admitted to practice law in New York since 2017. Ms. Petretta's requested hourly rate in this matter is $250.00.